UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNY O. EKOKOTU,

                           Plaintiff,

              -v-

LOAN FUNDER LLC, *et al.*,

                           Defendants.

26-CV-2513 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Sunny O. Ekokotu, together with counsel for Defendants, are directed to appear

telephonically for a conference with the Court on April 22, 2026 at 3:00 p.m.  At the scheduled

time, Plaintiff and counsel for Defendants should call (855) 244-8681 and enter ID number

2312-828-7066.

If the parties agree to have all proceedings conducted by the designated magistrate judge,

then they must complete and sign the "Consent to Magistrate Judge" form—available at

https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf—and submit it to Judge Oetken's

chambers at least **one week before** the conference.  In the event of such consent, the parties will

retain their rights to appeal, but any appeal will go directly to the United States Court of Appeals

for the Second Circuit.

All conferences with the Court are scheduled for a specific time; there is no other matter

scheduled for that time.  Plaintiff and counsel for the Defendant are directed to appear promptly.

Requests to reschedule the conference may be made only in a writing received not later

than two business days before the conference.  The written submission must (a) specify the

reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate

1

times and dates when all parties are available.  Unless the parties are notified that the conference has been adjourned, it will be held as scheduled.

For information on the Court's practices in *pro se* cases, including information on how to communicate questions to the Court, the parties should refer to the Individual Rules and Practices in *Pro Se* Cases, available at: https://nysd.uscourts.gov/hon-j-paul-oetken.  For matters not addressed in the specific rules for *pro se* cases, the parties should refer to the Court's Individual Rules and Practices in Civil Cases.  *Pro se* parties should submit all papers to the Court in one of the following ways:

  a.  emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, per the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at: https://www.nysd.uscourts.gov/electronic-case-filing; or

  b.  mailing them or delivering them in person to the following address:

  U.S. District Court
  Southern District of New York
  Pro Se Intake Unit, Room 205
  500 Pearl Street
  New York, New York 10007

There is additional information about proceeding *pro se* on the Court's website (https://nysd.uscourts.gov/prose).

The Court strongly encourages the Plaintiff to consent to electronic service via ECF as it would ensure that he receives documents and orders in his case promptly by email electronically when a document is filed electronically.  Instructions and the consent form to consent to electronic service can be located at https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

Plaintiff is further advised that a *Pro Se* Law Clinic has opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic may be able to provide Plaintiff with advice in connection with the case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To make an appointment, Plaintiff must complete the City Bar Justice Center's intake form. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10 am to 4 pm.

The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

SO ORDERED.

Dated: April 2, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge

3