UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNY O. EKOKTU,
Plaintiff,

-v-

LOAN FUNDER, LLC,
Defendant.

26-CV-2513 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Given Plaintiff's *pro se* status and that Defendants have not shown prejudice resulting from delay, Plaintiff's motion for leave to file a Third Amended Complaint is granted. (ECF No. 54.) The futility arguments raised by Defendants in their opposition will be better addressed in briefing on a motion to dismiss the Third Amended Complaint. (ECF No. 58.) Defendants shall move to dismiss, answer, or otherwise respond to Plaintiff's Third Amended Complaint by October 5, 2026. The Court denies as moot Defendants' motion to dismiss the Second Amended Complaint (ECF No. 46), Plaintiff's motion for oral argument (ECF No. 61), and Plaintiff's motion for leave to file a sur-reply (ECF No. 53).

Discovery is stayed pending resolution of any motion directed to the Third Amended Complaint or further order of the Court.

The Clerk of Court is directed to terminate the motions at ECF Nos. 46, 53, 54, and 61.

SO ORDERED.

Dated: September 21, 2026
New York, New York

J. PAUL OETKEN
United States District Judge